AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Movant,
  Ray Albert Lewis

JUDGMENT IN A CIVIL CASE

v.

Respondent,
  State of Washington

CASE NUMBER: CV-09-0051-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Movant's Motion For Relief From Judgment (Ct. Rec. 1), construed as a §2254 petition, is DISMISSED without prejudice.

February 25, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson